UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: MEDESAN, NICOLAE<br>　　　　MEDESAN, MONICA<br><br>Debtors | § Case No. 08-15510<br>§<br>§<br>§ |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 18,316.67 |
| *and approved disbursements of* | $ 3,797.54 |
| *leaving a balance of* | $ 14,519.13 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | GLENN R. HEYMAN | $ 2,203.39 | $ |
| Attorney for trustee | Crane, Heyman, Simon, Welch & Clar | $ 3,534.00 | $ 38.08 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | Popowcer Katten, Ltd. | $ 881.50 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |

UST Form 101-7-NFR (4/1/2009)

| | | | |
|---|---|---|---|
| *Other* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 53,477.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | $ 6,881.60 | $ 1,011.71 |
| 2 | PYOD LLC its successors and assigns as assignee of | $ 9,334.05 | $ 1,372.27 |
| 3 | PYOD LLC its successors and assigns as assignee of | $ 1,107.25 | $ 162.79 |
| 4 | Discover Bank/DFS Services LLC | $ 5,956.57 | $ 875.72 |
| 5 | CHASE BANK USA | $ 3,571.05 | $ 525.01 |
| 6 | CHASE BANK USA | $ 8,697.07 | $ 1,278.62 |

**UST Form 101-7-NFR (4/1/2009)**

|   |   |   |   |
|---|---|---|---|
| __7__ | CHASE BANK USA | $ 15,644.64 | $ 2,300.03 |
| __8__ | eCAST Settlement Corporation assignee of | $ 2,285.52 | $ 336.01 |

Late filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                          *Allowed Amt. of Claim*   *Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*   *Claimant*                          *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

UST Form 101-7-NFR (4/1/2009)

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S. Dearborn Street
Chicago, IL 60604

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 09/24/2009 in Courtroom 682, United States Courthouse,
219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


Date:  08/07/2009            By:  /s/GLENN R. HEYMAN
                                                Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: corrinal              Page 1 of 1                  Date Rcvd: Aug 12, 2009
Case: 08-15510                Form ID: pdf006             Total Noticed: 25

The following entities were noticed by first class mail on Aug 14, 2009.
db/jdb        +Nicolae Medesan,   Monica Medesan,    5630 N. Ridge, #12,    Chicago, IL 60660-3483
aty           +Constantine Dean Matsas,    C Dean Matsas & Associates, PC,    5153 N Broadway,
               Chicago, IL 60640-3000
tr            +Glenn R Heyman, ESQ,   Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
12333618     ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court: American Honda Finance,    2170 Point Blvd Ste 100,   Elgin, IL 60123)
12333619      +CHAC, INC.,   POB 1406,    Chicago, IL 60690-1406
12601265      +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12333620      +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
12333621      +Codilis & Associates, P.C.,    15W030 N. Frontage Road,   Ste. 100,   Willowbrook, IL 60527-6921
12333622      +Countrywide Home Loans,   450 American St,    Simi Valley, CA 93065-6285
12333625      +Harris N A,   Po Box 94034,    Palatine, IL 60094-4034
12333626      +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
12333627      +Hsbc/Bsbuy,   Po Box 15519,    Wilmington, DE 19850-5519
12333628      +Hsbc/Mnrds,   90 Christiana Rd,    New Castle, DE 19720-3118
12564827       PYOD LLC its successors and assigns as assignee of,    Citibank,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
12333629      +Peoples Engy,   130 E Randolph,    Chicago, IL 60601-6302
12333630      +Sears/Cbsd,   Po Box 6189,    Sioux Falls, SD 57117-6189
12333631      +Shell/Citi,   Po Box 6497,    Sioux Falls, SD 57117-6497
12333632      +Thd/Cbsd,   Po Box 6497,    Sioux Falls, SD 57117-6497
12333633       Washington Mutual Fa,   P O Box 9001123,    Louisville, KY 40290-1123
12333634      +Wells Fargo Bank, NA,    c/o Andrew J. Nelson,   Pierce & Associates, PC,
               1 North Dearborn, Suite 1300,    Chicago, IL 60602-4331
12333635      +Windsor House Condo Association,    POB 267815,   Chicago, IL 60626-7815
12739281       eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,   POB 35480,
               Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Aug 13, 2009.
12333623       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 13 2009 05:06:35      Discover Fin,   Pob 15316,
               Wilmington, DE 19850
12571941       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 13 2009 05:06:35
               Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
12333624      +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 13 2009 05:06:35      Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Crane, Heyman, Simon, Welch & Clar
aty*          +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
                                                                                             TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2009**          **Signature:** _Joseph Speetjens_